UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

JAIMIN CHAUDHARI,                                                      Petitioner,

v.                                                        Civil Action No. 5:26-cv-161-DJH

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security et al.,                                Respondents.

*  *  *  *  *

**ORDER**

Petitioner Jaimin Chaudhari moves to dismiss with prejudice his petition for a writ of habeas corpus pursuant to Federal Rule of Civil Procedure 41(a)(2) (Docket No. 1). (D.N. 10) Chaudhari states that he received a bond hearing before an immigration judge and "no longer wishes to proceed with this federal action." (*Id.*, PageID.132) The United States does not oppose the motion. (D.N. 11) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     Chaudhari's unopposed motion to dismiss (D.N. 10) is **GRANTED**.

(2)     Chaudhari's habeas petition (D.N. 1) is **DENIED as moot**.

(3)     This action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and is **CLOSED** and **STRICKEN** from the Court's active docket.

June 29, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1